

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>LOUISVILLE</u>   **DIVISION**

UNITED STATES

-vs-                                                    Case No.: 3:22CR2-RGJ

PEREZ WILLIAMS

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now <u>Raymond G. Lahoud</u>, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent <u>Ney Enriquez Perez Williams</u> in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Lahoud Law Group, P.C.

with offices at

Mailing address:       600 Hamilton Street, Ste. 300

City, State, Zip Code:  Allentown, PA 18101

Telephone:             (484) 544-0022

E-Mail:                LAW@raylahoud.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **AND** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| NY | 10/28/2010 | 4869111 |
| PA | 08/24/2024 | 335380 |
| Supreme Court | 10/21/2024 | |
| ED Pennsylvania | 08/21/2024 | 335380 |
| Third Circuit | 08/01/2011 | |

Clk # 131207
Receipt # 300016000

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____

_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☑ on-line tutorial **OR** ☑ authorized class room training **OR** ☐ other method Please explain:

_____

_____

_____

6. Applicant tenders with this Motion the following:

   ☑   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of
Raymond G. Lahoud         to the Western District of Kentucky *pro hac vice* for this case only.

[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
Signature

_____
Mailing Address

_____
City/State

_____
Zip Code

_____
Telephone

_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice.*

_____ JR. - CLERK

APR 17 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

SHIP DATE: 17APR26
ACTWGT: 1.00 LB
CAD: 262832953/INET4535

ORIGIN ID:ABEA  (484) 544-0022
RAYMOND LAHOUD
LAHOUD LAW GROUP, P.C.
600 HAMILTON STREET
SUITE 300
ALLENTOWN, PA 18101
UNITED STATES US

BILL SENDER

TO  **CLERK'S OFFICE**
**GENE SNYDER U.S. COURTHOUSE**
**601 W. BROADWAY**
**RM 106**
**LOUISVILLE KY 40202**
(502) 582-6436        REF: 20000-123
INV:                  DEPT:
PO:



FedEx Express

**E**

MON - 20 APR 10:30A
PRIORITY OVERNIGHT

TRK# 8707 9785 0441
0201

**XS LOUA**

40202

KY-US SDF

PRIORITY OVERNIGHT
620-8503

This envelope is only for FedEx Ex

You can help us get your package safe
items securely. Need help? Go to **fedex**

**FedEx ®**