# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cr-00002-RGJ-HBB-2 |
| Ney Enrique-Perez Williams | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Ney Enrique-Perez Williams                                                    .

Date:     04/21/2026

/s/ Raymond G. Lahoud
*Attorney's signature*

Raymond G. Lahoud
*Printed name and bar number*

Lahoud Law Group, P.C.
600 Hamilton Street, Ste. 300
Allentlown, PA 18101
*Address*

law@raylahoud.com
*E-mail address*

(484) 544-0022
*Telephone number*

(484) 750-2540
*FAX number*