**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22-CR-00002-RGJ-HBB**

**NEY ENRIQUE-PEREZ WILLIAMS**                    **MOVANT/DEFENDANT**

**VS.**

**UNITED STATES OF AMERICA**                    **RESPONDENT/PLAINTIFF**

**<u>ORDER</u>**

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that Movant/Defendant's objections are **OVERRULED**, and the Court adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Movant/Defendant's motion to vacate under 28 U.S.C. § 2255 (DN 84) is **DISMISSED** as time barred.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED** as to the motion to vacate.

Copies to:    Counsel of Record
Ney Enrique-Perez Williams