# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:22-CR-00002-RGJ-HBB

**NEY ENRIQUE-PEREZ WILLIAMS**                    **MOVANT/DEFENDANT**

**VS.**

**UNITED STATES OF AMERICA**                    **RESPONDENT/PLAINTIFF**

## <u>**JUDGMENT**</u>

In accordance with the order of the Court, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The motion to vacate, set aside or correct sentence (DN 84) is **DISMISSED** as time barred.

(2) A Certificate of Appealability is **DENIED** as to the motion to vacate; and

(3) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the Court.


Copies:      Counsel of Record
             Ney Enrique-Perez Williams